The STATE OF OHIO, APPELLEE, *v.* CHANDLER, APPELLANT.

[Cite as *State v. Chandler*, 134 Ohio St.3d 501, 2012-Ohio-5735.]

(No. 2011–1733—Submitted December 4, 2012—Decided December 6, 2012.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Billiter,* 134 Ohio St.3d 103, 2012-Ohio-5144, 980 N.E.2d 960, and the cause is remanded to the court of appeals for further proceedings consistent with this court's opinion in *State v. Billiter.*

O'CONNOR, C.J., and PFEIFER, O'DONNELL, CUPP, and MCGEE BROWN, JJ., concur.

LUNDBERG STRATTON and LANZINGER, JJ., dissent for the reasons stated in their separate opinions in *State v. Billiter.*

John D. Ferrero, Stark County Prosecuting Attorney, and Renee M. Watson, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and E. Kelly Mihocik, Assistant Public Defender, for appellant.